Stephen W. CARLSON, Plaintiff–Appellant.

v.

Mark RITCHIE, Minnesota Secretary of State in his official capacity; Bert Black, Minnesota Secretary of State legal adviser in his official capacity, Defendants–Appellees.

No. 13–3642.

United States Court of Appeals, Eighth Circuit.

Submitted: June 26, 2014.

Filed: July 25, 2014.

Stephen Wayne Carlson, I, Saint Paul, MN, pro se.

Nathan J. Hartshorn, Attorney General's Office, Saint Paul, MN, for Defendants–Appellees.

Before GRUENDER, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Stephen Carlson appeals after the District Court[1] dismissed his 42 U.S.C.

---

1. The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota.

§ 1983 amended complaint, and denied post-judgment relief. Having carefully reviewed the record *de novo* and considered Carlson's arguments for reversal, we conclude that the District Court properly dismissed the complaint for the reasons explained in the Court's thorough order. We conclude as well that the District Court did not abuse its discretion either in denying preliminary injunctive relief, or in denying post-judgment relief. Accordingly, we affirm. *See* 8th Cir. R. 47B.

